Name: Lise Smith

Address: 8187 Palmetto, #219

Fontana, CA 92335

Phone: (630) 779-5087

Fax:

In Pro Per for Lise Smith

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 9 2021

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Lise Smith

Plaintiff

v.

US Census Bureau

Defendant(s).

CASE NUMBER:

EDCV21-01768-JGB(KKx)

To be supplied by the Clerk of
The United States District Court

Demand For
Jury Trial

I Was Initially Hired as Supervisor for US Census Bureau in Illinois. My case was transferred Here and I Was Offered an Enumerator Position, I Have the Offer Letter. I Worked But When I Entered My Hours on US Census' Phone - It Would Not Register. After Hours With Supervisor, Being Re-Hired Here, Darryl, (who has been Fired) US Census Bureau HR, Payroll Dept. Told Me: "You're Fired." "We Are Not Going to Put You In The (Payroll) System." I Request $584.83 Plus Any Back Pay This Court Deems Just. I Have Hours Worked: Authorized By Supervisor

CV-126 (09/09)                    **PLEADING PAGE FOR A COMPLAINT**

Lise Smith   10-18-2021