JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LISE SMITH,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. CENSUS BUREAU,<br><br>　　　　Defendant. | No. 5:21-cv-01768-JGB-KKx<br><br>**DISMISSAL ORDER**<br><br>Hon. Jesus G. Bernal<br>United States District Judge |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed with prejudice. Each party shall bear its own fees, costs, and expenses.

Dated: July 15, 2022

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

   */s/ Lise Smith*
LISE SMITH

Plaintiff in Pro Per


STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


   */s/ Matthew J. Barragan*
MATTHEW J. BARRAGAN
Assistant United States Attorney

Attorneys for Defendant
U.S. Census Bureau

1